THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN SPIEGEL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 18, 1978, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence. Judgment reversed, on the law and the facts, plea vacated and case remitted to Criminal Term for further proceedings consistent herewith. Under the circumstances of this case, the court should have granted defendant's application to withdraw his guilty plea. Hopkins, J. P., Rabin, Margett and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. WILSON, Appellant.—Judgment of the County Court, Nassau County, rendered October 13, 1978, affirmed (see *People v Crimmins,* 36 NY2d 230, 240-241). Hopkins, J. P., Rabin, Margett and O'Connor, JJ., concur.